**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARTHUR MUTEGETSI, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 26-cv-13050-RGS |
| ANTONE MONIZ, *et al.*, | ) | |
| Respondents. | ) | |

**STATUS REPORT**

This is a status report regarding the Court's order on August 12, 2026 instructing Respondents to return the property of Petitioner, ARTHUR MUTEGETSI. The Court ordered Respondents to return Petitioner's driver's license and passport by August 19, 2026 or to demonstrate that Respondents have complied with their own internal regulations in retaining his documents. As of August 25, 2026, Respondents have done neither. Petitioner respectfully requests that this Court enforce its previous order and compel Respondents to immediately return Petitioner's driver's license and passport.

Respectfully submitted,

August 25, 2026 **PETITIONER ARTHUR MUTEGETSI,**

By his attorney,

__/s/Robin Nice________________________
Robin N. Nice
McHaffey & Nice, LLC
6 Beacon Street, Suite 720
Boston, MA 02108
(617) 702-8921

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on August 25, 2026.

___/s/Robin Nice______________

Robin N. Nice
McHaffey & Nice, LLC
6 Beacon Street, Suite 720
Boston, MA 02108
(617) 702-8921