**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARTHUR MUTEGETSI,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, *et al.*,<br><br>Respondents. | ) | Civil Action No. 26-cv-13050-RGS |

**PETITIONER'S MOTION FOR ORDER TO SHOW CAUSE**

Petitioner, ARTHUR MUTEGETSI, respectfully moves this Court to issue an Order to Show Cause why Respondents have failed to return Petitioner's personal property, consistent with this Court's August 12, 2026 order. In support of this Motion, Petitioner states the following:

1. Pursuant to an Order of the Immigration Judge, Petitioner was released from detention on bond on July 20, 2026. Respondents did not return Petitioner's driver's license or passport upon his release.

2. Petitioner submitted a Status Report on July 23, 2026, confirming his release and requesting that this Court order Respondents to return his property.

3. On August 12, 2026, this Court entered an Order directing Respondents "to return Mutegetsi's driver's license and passport or to demonstrate to the court that it has complied with its own internal regulations in retaining his personal documents." The Order instructed Respondents to return Petitioner's property by August 19, 2026.

4. On August 25, 2026, Plaintiff submitted a Status Update, stating that Respondents had not yet returned his property.

5. As of September 30, 2026, Respondents have failed to return Petitioner's property.

6. Petitioner's counsel made multiple efforts to obtain compliance without judicial intervention. Specifically, counsel contacted Respondents through email on July 22,

August 25 before filing the Status Report, and September 25 to request the return of Petitioner's property. Petitioner did not receive a response.

7. Given Respondents' failure to comply with the Court's Order, an Order to Show Cause is warranted.

**REQUEST FOR RELIEF**

WHEREFORE Petitioner respectfully requests that this Court:

1. Issue an Order to Show Cause why Respondents have not returned Petitioner's property per the Court's Order from August 12, 2026;
2. Order Respondents to immediately return Petitioner's property; and
3. Grant any other relief as the Court deems just and proper.

Respectfully submitted,

September 30, 2026 **PETITIONER ARTHUR MUTEGETSI,**

By his attorney,

__/s/Robin Nice________________________

Robin N. Nice
McHaffey & Nice, LLC
6 Beacon Street, Suite 720
Boston, MA 02108
(617) 702-8921

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on September 30, 2026.

___/s/Robin Nice______________

Robin N. Nice
McHaffey & Nice, LLC
6 Beacon Street, Suite 720
Boston, MA 02108
(617) 702-8921