**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARTHUR MUTEGETSI, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 26-cv-13050-RGS |
| ANTONE MONIZ, *et al.*, | ) | |
| Respondents. | ) | |

**RESPONSE TO RESPONDENTS' OCT. 9, 2026 RESPONSE**

On October 9, 2026, Respondents informed this court that Respondents "looked for Petitioner's driver's license and passport and could not find any responsive documents." ECF. 15.

Respondents' counsel did reach out to undersigned counsel around 12:20pm on October 9 to confirm the property had not been returned to Petitioner. Undersigned counsel reached out Petitioner to confirm, and promptly relayed the response (which was no, the property has not been returned) at 2:12pm to Respondents' counsel. Specifically, undersigned counsel was informed by Respondents that his property would remain with his file, and the last time that he saw his property was at the ICE Biddeford Transit Center, where agents placed them in an envelope and handed the envelope to the person responsible for transporting Petitioner to Burlington.

As undersigned counsel was writing the email to Respondents' counsel to confirm the documents still had not been returned, Respondents filed ECF Doc. 15 (at 2:09pm) with this Court.

Respectfully, it appears that Respondents have lost Petitioner's documents, as Respondents were the last known custodians of the documents. Respondents took these documents from Petitioner when they detained him more than two months ago.

Respectfully submitted,

Oct. 13, 2026 **PETITIONER ARTHUR MUTEGETSI,**

By his attorney,

__/s/Robin Nice________________________
Robin N. Nice
McHaffey & Nice, LLC
6 Beacon Street, Suite 720
Boston, MA 02108
(617) 702-8921

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on ____10/13/2026______.

___/s/Robin Nice_____________

Robin N. Nice
McHaffey & Nice, LLC
6 Beacon Street, Suite 720
Boston, MA 02108
(617) 702-8921