**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ARTHUR MUTEGETSI, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 26-cv-13050-RGS |
| ANTONE MONIZ, *et al.*, | ) | |
| Respondents. | ) | |

**PETITIONER'S STATUS REPORT**

This Court ordered Respondents to return Petitioner's driver's license and passport by August 26, 2026, "or to demonstrate to the court that it has complied with its own internal regulations in retaining his personal documents," pursuant to Section 2.4 of the U.S. Immigration & Customs Enforcement, National Detention Standards (2025). ECF 11. Respondents have failed to do so.

Due to ICE's failure to locate and return his documents, Petitioner has not been able to fly back to Arizona, where he regularly resides, after being detained by ICE in Maine due to Respondents' failure to find and return his license. See ECF 17, Exh. 1, Petitioner's statement.

As he explains in the attached statement, without his Arizona driver's license he cannot fly back to Arizona. He cannot obtain a new Arizona driver's license without an employment authorization document ("EAD"), issued by U.S. Citizenship and Immigration Services ("USCIS). Petitioner did not have his EAD on him when ICE apprehended him; he had lost it shortly before being detained. He applied for a new EAD on July 29, 2026, and that remains pending. See ECF 17, Exh. 3, Petitioner's I-765 Receipt. According to USCIS, EAD renewals typically take 18.5 months to be processed. See ECF 17, Exh. 2, USCIS Processing Times: I-765.

Petitioner respectfully requests that this Court order ICE to promptly locate and return Petitioner's driver's license so that he can return to Arizona, or order that ICE facilitate the expedited processing of Petitioner's EAD application, which could also be used as a REAL ID to allow him to board a plane back to Arizona.

Respectfully submitted,

Nov. 4, 2026 **PETITIONER ARTHUR MUTEGETSI,**

By his attorney,

__/s/Robin Nice________________________

Robin N. Nice
McHaffey & Nice, LLC
6 Beacon Street, Suite 720
Boston, MA 02108
(617) 702-8921

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non-registered participants on ____11/4/2026______.

___/s/Robin Nice_____________

Robin N. Nice
McHaffey & Nice, LLC
6 Beacon Street, Suite 720
Boston, MA 02108
(617) 702-8921