# STATEMENT REGARDING WORK AUTHORIZATION, RETAINED PERSONAL PROPERTY, AND RESIDENCY

**Name:** Arthur Mutegetsi
**Current Location:** Maine, United States

To Whom It May Concern:

I, Arthur Mutegetsi, hereby provide this statement to clarify my work authorization status, residential address, and current circumstances following my detention by U.S. Immigration and Customs Enforcement (ICE) in the State of Maine.

Prior to my detention by ICE, I had a valid work permit authorizing me to work in the United States. However, I lost it and I applied for the replacement. At the time of my detention, I was in Maine for employment purposes. However, my residential address remained in Tucson, Arizona, where I continue to maintain my residence. I have regularly traveled between Arizona and Maine in connection with my employment.

Upon my release from ICE custody, my personal property and documents that had been in ICE custody were not returned to me. As a result, I have been unable to recover the documents and belongings necessary to resume my normal activities and travel arrangements to my place in Arizona.

Although my permanent residential address remains in Tucson, Arizona, I am currently unable to return there because I do not have access to all my personal documents. The continued withholding of my property by ICE has placed me in a difficult situation, leaving me effectively stranded in Maine and preventing me from traveling back to my residence in Arizona.

I respectfully submit this statement to document my circumstances and to explain that my continued presence in Maine is not due to a change in my permanent residential address, but rather to the difficulties resulting from the non-return of my personal property and documents following my release from ICE detention.

I declare that the information provided in this statement is true and accurate to the best of my knowledge and belief.

Respectfully submitted,

**Arthur Mutegetsi**
Signature: ______________________
Date: 10/22/2026