An official website of the United States government [Here's how you know](#)

Español | Multilingual Resources

U.S. Citizenship and Immigration Services

MENU

[Para tener acceso a este sitio en español, presione aquí](#)

# Case Processing Times

## Alert

USCIS processing times for certain form types may no longer reference a specific service center location (for example, Vermont Service Center). We are in the process of adjusting all processing times for service center-related forms to now list "Service Center Operations (SCOPS)." Service Center Operations has expanded its capability to process casework at multiple locations, at various points in time, based on business needs and staffing requirements. Therefore, listing a specific location is no longer an accurate representation of where a case is processed. We are adjusting our case processing time metrics to provide the most accurate and up-to-date information by form type.

While certain form processing times are now listed under Service Center Operations, you may continue to receive correspondence from USCIS listing a specific service center location.

## Select your form, form category, and the office that is processing your case

*Refer to your receipt notice to find your form, category, and office. For more information about case processing times and reading your receipt notice, visit the [More Information About Case Processing Times](#) page.*

Please complete all of the required fields marked with an * asterisk.

Form *

I-765 | Application for Employment Authorization

Form Category *

Based on a pending asylum application [(c)(8)] -renewal/replac

Field Office or Service Center *

Service Center Operations (SCOPS)

Get processing time

## Processing time for Application for Employment Authorization (I-765) at Service Center Operations (SCOPS)

80% of cases are completed within

18.5

Months

Sign in or create a new account to see your estimated case timeline.

## Notes

USCIS posts 1 processing time for any service center location that processes requests for an Employment Authorization Document based on a pending asylum application. We keep these requests in an electronic system that allows us generally to process adjudication-ready cases in the order USCIS receives them, regardless of where the case is pending or where the adjudicator is.

## What does this processing time mean?

We generally process cases in the order we receive them. This processing time is based on how long it took us to complete 80% of adjudicated cases over the past six months. Each case is unique, and some cases may take longer than others. Processing times should be used as a reference point, not an absolute measure of how long your case will take to be completed.

Learn more about processing times.

## When can I ask about my case?

Many routine factors affect how quickly a case may be processed. To facilitate resolution of these factors, we only allow questions for certain cases.

Learn more about the Case Inquiry Date.

Enter your receipt date below to find out if you can contact us with questions.

When is your receipt date?

**Get Inquiry Date**