**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ARTHUR MUTEGETSI,<br><br>Petitioner,<br><br>v.<br><br>ANTONE MONIZ, *et al.*,<br><br>Respondents. | Civil Action No. 26-cv-13050-RGS |

**STATUS REPORT**

Pursuant to the Court's Order, United States Citizenship and Immigration Services issued a new Employment Authorization Document (EAD), on November 20, 2026.

Dated: November 23, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Ben Tolkoff*
BENJAMIN TOLKOFF
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3183
Email: Benjamin.Tolkoff@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I, Benjamin Tolkoff, Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: November 23, 2026

By: *<u>/s/ Ben Tolkoff</u>*
BENJAMIN TOLKOFF
Assistant United States Attorney